IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| WESLEY MERRYMAN,<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No. 1:19-cv-00230-MJT |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that WESLEY MERRYMAN (the "Plaintiff") and DIVERSIFIED CONSULTANTS, INC. (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers.  The parties anticipate filing dismissal papers within 45 days.

DATED: September 9, 2019

Respectfully submitted,

**WESLEY MERRYMAN**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com